**No. 39659.**—Protests 199427–G, etc., of B. Altman & Co. (New York).

Opinion by TILSON, J. On the record presented the merchandise in question was held dutiable as follows: (1) filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) at 75 percent under paragraph 1430; (2) knit outerwear in chief value of wool at 45 cents per pound and 50 percent ad valorem under paragraph 1114; (3) artificial flowers at 60 percent under paragraph 1419; (4) embroidered articles at 75 percent under paragraph 1430; (5) cotton wearing apparel at 35 percent under paragraph 919; (6) silk wearing apparel at 60 percent under paragraph 1210; (7) wearing apparel in chief value of vegetable fiber other than cotton at 35 percent under paragraph 1017; (8) floor coverings at 30 percent under paragraph 1117; and (9) articles in chief value of compounds of cellulose at 60 percent under paragraph 31.

**No. 39660.**—Protests 101787–G, etc., of B. W. Cowan Corp. et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39661.**—Protests 335891–G, etc., of S. J. Goldhill & Co., Inc., et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39662.**—Protests 449593–G, etc., of National Bead Co. et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39663.**—Protests 410523–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.